IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA - BRUNSWICK

| | | |
|---|---|---|
| Ashton Brinkley and Jared Spell, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: 2:18-cv-00089-LGW-BWC |
| Michael Glenn Waters, an individual, | * | |
| Appling County School District, | * | |
| Dr. Scarlett M. Copeland, Superintendent, in her Official and Individual Capacities, | * | |
| Dr. Gene A. Starr, Principal, in his Official and Individual Capacities, | * | |
| Violet Marchman, Teacher/Educator, in her Official and Individual Capacities, | * | |
| James Carol Waters, an individual, | * | |
| Wanda L. Waters, an individual, | * | |
| and | * | |
| John/Jane Does Nos. 1-5, | * | |
| Defendants. | * | |

**NOTICE OF APPEARANCE**

You are hereby notified that the undersigned will appear as counsel in the above-stated case on behalf of the defendant, Violet Marchman. Please serve copies of all pleadings and other

matters upon the undersigned as required by law.

This 22nd day of January, 2019.

Address of Counsel:

                **YOUNG, THAGARD, HOFFMAN,
SMITH, LAWRENCE & SHENTON**

P.O. Box 3007
Valdosta, GA  31604
(229)242-2520
(229)242-5040 Fax
E-mail: justinpurvis@youngthagard.com

BY: /s/ W. Justin Purvis
    W. Justin Purvis
    State Bar No. 533856
    Attorney for Defendant
    Violet Marchman

Address of Counsel:

                **YOUNG, THAGARD, HOFFMAN,
SMITH, LAWRENCE & SHENTON**

P.O. Box 3007
Valdosta, GA  31604
(229)242-2520
(229)242-5040 Fax
E-mail: robertevans@youngthagard.com

BY: /s/ Robert Evans
    Robert Evans
    State Bar No. 989931
    Attorney for Defendant
    Violet Marchman

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing **NOTICE OF APPEARANCE** upon the following by mailing a copy thereof, under sufficient postage to ensure delivery and properly addressed to:

> Mr. Timothy J. Buckley, III
> Ms. Taylor W. Hensel
> Buckley Christopher, PC
> 2970 Clairmont Road, NE, Suite 650
> Atlanta, GA 30329
>
> Mr. Phillip L. Hartley
> Mr. Hieu M. Nguyen
> Harben, Hartley & Hawkins, LLP
> Wells Fargo Center
> 340 Jesse Jewell Pkwy., Suite 750
> Gainesville, GA 30501
>
> Mr. Kenneth E. Futch, Jr.
> Kenneth E. Futch, PC
> 1 BYRT Way
> Alma, GA 31510
>
> Mr. Charles J. Bowen
> The Bowen Law Group
> 7 E. Congress Street, Suite 1001
> Savannah, GA 31401
>
> Mr. Jarome E. Gautreaux
> Gautreaux Law, L.L.C.
> 778 Mulberry Street
> Macon, GA 31201
>
> Mr. Melvin Leroy Hewitt
> Isenberg & Hewitt, PC
> 6000 Peachtree Dunwoody Rd.
> 600 Embassy Row, Suite 150
> Atlanta, GA 30328

This 22nd day of January, 2019.

<u>/s/ W. Justin Purvis</u>
W. Justin Purvis
Attorney for Defendant
Violet Marchman

<u>/s/ Robert Evans</u>
Robert Evans
Attorney for Defendant
Violet Marchman