UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ASHTON BRINKLEY and JARED SPELL, | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. 2:18-CV-89-LGW-BWC |
| MICHAEL GLENN WATERS, et. al., | ) |
| Defendants. | ) |

**ORDER ON CONSENT MOTION FOR ENTRY OF FINAL JUDGEMENT IN FAVOR OF DEFENDANTS COPELAND AND STARR**

On March 31, 2021, the Court granted summary judgment to Defendants Copeland and Starr. (Dkt. 116). The case now comes before the Court on a motion by Copeland and Starr for final judgment in their favor, pursuant to Fed. R. Civ. P. 54(b). Plaintiffs have consented to the motion.

For good cause shown, the motion is GRANTED. The clerk is directed to enter judgment in favor of Defendants Copeland and Starr and to remove them from the caption of the case. The case shall NOT be closed, however, as the claims against other defendants remain pending.

SO ORDERED this 7 day of May, 2021.

HON. LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA