AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ASHTON BRINKLEY and JARED SPELL,

Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV218-089

MICHAEL GLENN WATERS, et. al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the March 31, 2021 Order granting summary judgment to Defendants Copeland and Starr and the Court's May 10, 2021 Order granting the consent motion for entry of judgment, judgment is hereby entered in favor of Defendants Copeland and Starr pursuant to Federal Rule of Civil Procedure 54(b). This action remains pending as to Plaintiffs' surviving claims against other Defendants.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

May 13, 2021
Date

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/2020